# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| DIANE DEADERICK | ) |
| | ) |
| | ) |
| | ) Case No. 99-17083 |
| Debtor | ) |
| | ) |
| | ) Chief Judge Bruce W. Black |

## NOTICE OF MOTION

TO:   Contract Callers, Inc. c/o Bedard Law Group, P.C., ATTN: Jonathan Aust, 2810 Peachtree Industrial Blvd., Suite D, Duluth, GA 30097 (via U.S. Certified Mail)
Contract Callers, Inc. c/o Messer, Stilp & Strickler, Ltd., ATTN: Nicole Strickler, 166 W. Washington, Suite 300, Chicago, IL 60602 (via U.S. Certified Mail)
Patrick S. Layng, Office of the United States Trustee (via ECF)
David R. Herzog, Chapter 7 Trustee (via ECF)
All Creditors Listed on the Attached Service List (via U.S. Mail)

PLEASE TAKE NOTICE that on May 25, 2016 at 10:00 AM, the undersigned will appear before the Honorable Bruce W. Black at the Dirksen Federal Courthouse, Courtroom 719, 219 S. Dearborn Street, Chicago, IL 60604 and will then and there present the attached **Debtor's Motion to Reopen Chapter 7 Case**, at which time you may appear if you so choose.

## Certificate of Service

I, Mohammed O. Badwan, hereby certify that I caused a copy of this notice and attached Motion to be served, via ECF to Patrick S. Layng (United States Trustee) and David R. Herzog (Chapter 7 Trustee), via U.S. Certified Mail to Contract Callers, Inc., ATTN: Jonathan Aust and Nicole Strickler, and via standard U.S. Mail to all creditors listed on the attached service list on May 9, 2016, from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

**By: /S/ Mohammed O. Badwan**
**Sulaiman Law Group, Ltd.**
*Counsel for Debtor*
900 Jorie Blvd., Suite 150
Oak Brook, Illinois 60523
Phone: (630) 575-8181
Fax: (630) 575-8188
Attorney Number 6299011

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 99-17083<br>Northern District of Illinois<br>Chicago<br>Mon May  9 12:41:12 CDT 2016 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ACC INTERNATIONAL<br>919 ESTES COURT<br>SCHAUMBURG, IL 60193-4427 |
| ADVANCED IMAGING CENTER<br>7860 BURR ST<br>SCHERERVILLE, IN 46375-3402 | ALLSTATE<br>75 EXECUTIVE PKWY<br>HUDSON, OH 44237-0002 | AMCA<br>2269 SAWMILL RIVER RD<br>BUILDING 3<br>ELMSFORD, NY 10523-3848 |
| AMERITECH<br>225 W RANDOLPH ST<br>LAW DEPARTMENT STE 27A<br>CHICAGO, IL 60606-1839 | ARROW FINANCIAL SERVICES LLC<br>7301 NORTH LINCOLN AVE STE 220<br>CHICAGO, IL 60712-1733 | AUBURN DISPOSAL<br>8913 S GREEN<br>CHICAGO, IL 60620-2641 |
| BLATT HASENMILLER LEIBSKER MOORE<br>111 W JACKSON BLVD 15TH FL<br>CHICAGO, IL 60604-3589 | BODY AND SOUL OF CHICAGO<br>300 W GRAND<br>CHICAGO, IL 60654-7871 | CAPITAL ONE<br>PO BOX 85547<br>RICHMOND, VA  23285 |
| CB ACCOUNTS INC<br>PO BOX 1289<br>PEORIA, IL 61654-1289 | CHADWICK'S OF BOSTON<br>35 UNITED DR<br>WEST BRIDGEWATE, MA 02379-1027 | COMMONWEALTH EDISON & COMPANY<br>P.O. BOX 767<br>ATTORNEY'S OFFICE<br>CHICAGO, IL 60690-0767 |
| DEPENDON COLLECTIONS<br>7627 W LAKE STREET<br>RIVER FOREST, IL 60305-1878 | EVANS<br>36 SOUTH STATE STREET<br>C/O P.R. COMEFORD<br>CHICAGO, IL 60603-2602 | FERLEGER AND ASSOCIATES LTD<br>134 N LASALLE #720<br>CHICAGO, IL 60602-1032 |
| FINGERHUT<br>COLLECTION CENTER DIVISION<br>BOX 717<br>MONTICELLO, MN 55362-0717 | GLOBAL FINANCE & LEASING<br>PO BOX 836<br>GRANDVILLE, MI 49468-0836 | GMAC<br>PO BOX 7041<br>TROY, MI 48007-7041 |
| GREAT LAKES COLLECTION BUREAU INC<br>45 OAK ST<br>BUFFALO, NY 14203-2620 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | INVESTOR CREDIT<br>C/O DANA WILLIAMS<br>1251 W 86TH ST<br>CHICAGO, IL 60620-4034 |
| ISAC<br>1755 LAKE COOK RD<br>DEERFIELD, IL 60015-5215 | J. C. PENNY<br>P.O. BOX 533<br>DALLAS, TX  75221 | JENKINS, DR JONDELL B<br>1706 E 87TH ST<br>CHICAGO, IL 60617-2740 |
| JOHNSON, RODNEY<br>17922 NW 47TH PL<br>MIAMI, FL 33055-3207 | LEVITON, DONALD A<br>919 ESTES CT<br>SUITE 105<br>SCHAUMBURG, IL 60193-4427 | MALCOLM S GERALD & ASSOC<br>323 S MICHIGAN AVE<br>CHICAGO, IL  60604 |

| | | |
|---|---|---|
| MBNA AMERICA<br>BOX 15019<br>WILMINGTON, DE 19886-5019 | MELLON BANK<br>BOX 15537<br>WILMINGTON, DE 19886-5537 | MICHAEL REESE HOSP & MED CTR<br>230 W HURON<br>CHICAGO, IL 60654-3981 |
| NAFS<br>PO BOX 9027<br>WILLIAMSVILLE, NY 14231-9027 | NATIONAL ASSOCIATION OF CREDIT MGMT<br>3959 CLAY AVE SW<br>WYOMING, MI 49548-3014 | NCO FINANCIAL SYSTEMS<br>PO BOX 7602<br>FORT WASHINGTON, PA  19034 |
| PATHOLOGY ASSOCIATES OF CHICAGO LTD<br>PO BOX 88487<br>CHICAGO, IL 60680-1487 | PEOPLES GAS<br>THE PRUDENTIAL BLDG ATTENTION:<br>SPECIAL PROJECTS,130 E RANDOLPH DR<br>CHICAGO, IL  60601-6207 | PROVIDIAN FINANCIAL<br>PO BOX 371444<br>PITTSBURGH, PA 15250-7444 |
| RELIABLE ADJUSTMENT BUREAU<br>685 E COCHRAN #200<br>SIMI VALLEY, CA 93065-1921 | RHEE, DR CB<br>9410 COMPUBILL DIRVE<br>ORLAND PARK, IL 60462-2627 | RUSSELL COLLECTION<br>1184 W BRISTOL<br>FLINT, MI 48507-5557 |
| SEARS<br>PO BOX 555<br>COLUMBUS, OH  43216 | SHAWS BROS CO<br>4805 S ASHLAND AVE<br>CHICAGO, IL 60609-4234 | SHEFSKY FROELICH & DEVINE LTD<br>444 N MICHIBAN AVE<br>CHICAGO, IL 60611-3903 |
| SMITHKLINE BEECHAM<br>PO BOX 13568<br>PHILADELPHIA, PA 19101-3568 | SOUTH SHORE HOSPITAL<br>8012 S CRANDON AVE<br>CHICAGO, IL 60617-1175 | SOUTH SHORE RADIOLOGY<br>9410 COMPUBILL DR<br>ORLAND PARK, IL 60462-2627 |
| TRI COUNTY ACCOUNT BUREAU<br>PO BOX 515<br>WHEATON, IL 60187-0515 | UNITED STUDENT AID FUND<br>PO BOX 6180 MCA 481<br>INDIANAPOLIS, IN 46206-6180 | US DEPARTMENT OF EDUCATION<br>PO BOX 61735<br>CHICAGO, IL  60661 |
| WOMEN SELF EMPLOYMENT PROJECT<br>20 N CLARK 4TH FL<br>CHICAGO, IL 60602-4109 | David R Herzog<br>Herzog & Schwartz PC<br>77 W Washington Suite 1717<br>Chicago, IL 60602-3943 | Dean C Harvalis<br>Office of the United States Trustee<br>219 South Dearborn Street<br>Room 873<br>Chicago, IL 60604-2027 |
| Diane Deaderick<br>Po Box 16366<br>Chicago, IL 60616-0366 | Thomas G Macey<br>Macey Chern & Diab<br>444 N Wells Suite 301<br>Chicago, IL 60610 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY SECTION LEVEL 7-425
100 W RANDOLPH ST.
CHICAGO, IL  60601
```

End of Label Matrix
Mailable recipients   55
Bypassed recipients    0
Total                 55

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: <br><br> DIANE DEADERICK <br><br> Debtor | NO. 99-17083 <br><br> Chapter 7 <br><br> Honorable Judge Bruce W. Black |

**DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE**

**NOW COMES** the Debtor, DIANE DEADERICK ("Debtor"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and pursuant to 11 U.S.C. §350 bringing this Motion To Reopen Chapter 7 case, and in support thereof, stating as follows:

1. On May 27, 1999, Debtor filed a Chapter 7 petition in the United States Bankruptcy Court, Northern District of Illinois, Case Number 99-17083.

3. On September 15, 1999, Debtor was granted a discharge of all dischargeable debts pursuant to 11 U.S.C. § 727.

4. Despite Debtor's discharge and the broad prohibition to cease collection activity on a discharged debt, Contract Callers, Inc. ("CCI") has continued to harass the Debtor for payment on a debt discharged nearly 17 years ago. Notwithstanding knowledge of Debtor's discharge, CCI continued its collection efforts in blatant disregard to the protections provided by the Discharge Injunction. *See* Debtor's Motion Pursuant to 11 U.S.C. § 524 for Violations of the Discharge Injunction filed simultaneously with this motion.

5. Debtor has been denied the relief afforded by the Discharge Injunction and has been substantially harmed by CCI's unlawful conduct.

6.  Debtor cannot proceed in her action seeking relief without the reopening of this case.

**WHEREFORE,** Debtor respectfully prays that this Honorable Court enter an order directing the Clerk to reopen Debtor's case for the sole purpose of adjudicating Debtor's Motion Pursuant to 11 U.S.C. § 524 for Violations of the Discharge Injunction Against Contract Callers, Inc., and for any other relief that this Honorable Court may deem just and proper.

Dated: May 9, 2016                                                                Respectfully Submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq. #6299011
*Counsel for Debtor*
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188